585 A.2d 409

ALVAH VAN ORDEN HOWARD v. JOSEPH DIOLOSA AND NANUET NATIONAL BANK.

October 30, 1990.

Petition for certification denied. (See 241 *N.J.Super.* 222, 574 *A.*2d 995)

585 A.2d 409

PAUL DI BARTOLOMEO v. PATRICK ARVONIO.

October 30, 1990.

Petition for certification denied.

585 A.2d 409

ELIZABETH SEVER v. WESTINGHOUSE ELECTRIC CORPORATION.

October 30, 1990.

Petition for certification granted.

585 A.2d 410

SOUTH JERSEY PUBLISHING COMPANY, T/A THE PRESS & SUNDAY PRESS v. NEW JERSEY EXPRESSWAY AUTHORITY.

October 30, 1990.

Petition for certification granted.